1  XAVIER BECERRA
   Attorney General of California
2  KAREN KIYO LOWHURST
   Deputy Attorney General
3  State Bar No. 173622
     1515 Clay Street, 20th Floor
4    P.O. Box 70550
     Oakland, CA  94612-0550
5    Telephone:  (510) 879-0286
     Fax:  (510) 622-2270
6    E-mail:  KarenKiyo.Lowhurst@doj.ca.gov
   *Attorneys for Defendants*
7  *State of California, et al.*

8  DEBORAH KOCHAN
   State Bar No. 152089
9  KOCHAN & STEPHENSON
     1680 Shattuck Avenue
10    Berkeley, CA  94709
     Telephone:  (510) 649-1130
11   Fax:  (510) 649-1131
     E-mail:  dkochan@kochanstephenson.net
12 *Attorneys for Plaintiff*
   *Teresa Aguirre*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERESA AGUIRRE,<br><br>                                 Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA; DEBRA MILLS, CARIANNE HUSS; and DOES 1 through 5,<br><br>                                 Defendants. | Case No. 3:16-cv-05564-HSG<br><br>**STIPULATION AND ORDER RE:  CASE SCHEDULE**<br><br>CMC Date:     January 3, 2017<br>Time:              2:00 p.m.<br>Ctrm:             10 – 19th Floor<br>Judge:            Hon. Haywood S. Gilliam, Jr.<br>Action Filed:  September 30, 2016 |
|---|---|

**SCHEDULING:**

The Parties have met and conferred, and stipulate to propose the following schedule:

| | |
|---|---|
| Complete Fact Discovery: | June 5, 2017 |
| Initial Expert Disclosures: | June 19, 2017 |
| Rebuttal Expert Disclosures: | June 30, 2017 |
| Complete Expert Discovery: | July 14, 2017 |
| Last Day to Hear Dispositive Motions: | August 31, 2017 |
| Final Pretrial Conference: | November 27, 2017 |
| Trial: | December 11, 2017 |

Dated:  January 30, 2017                    Respectfully Submitted,

KATHLEEN A. KENEALY
Acting Attorney General of California

*/s/ Karen Kiyo Lowhurst*

KAREN KIYO LOWHURST
Deputy Attorney General
*Attorneys for Defendants*
*State of California, et al.*

Dated:  January 30, 2017                    KOCHAN & STEPHENSON

*/s/ Deborah Kochan*

DEBORAH KOCHAN
*Attorneys for Plaintiff*

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Deborah Kochan.

Dated:  January 30, 2017                    KATHLEEN A. KENEALY
Acting Attorney General of California

*/s/ Karen Kiyo Lowhurst*

KAREN KIYO LOWHURST
Deputy Attorney General
*Attorneys for Defendants*
*State of California, et al.*

ORDER

Good cause appearing, the Stipulation Re: Case Schedule is hereby approved. The final pretrial conference will be held on November 28, 2017.

Dated: January 31, 2017

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
U.S. District Court Judge

OK2016900689