1. XAVIER BECERRA
   Attorney General of California
2. KAREN KIYO LOWHURST
   Deputy Attorney General
3. LISA J. PLANK
   Deputy Attorney General
4. State Bar No. 153737
     1515 Clay Street, 20th Floor
5.   P.O. Box 70550
     Oakland, CA 94612-0550
6.   Telephone: (510) 879-1001
     Fax: (510) 622-2270
7.   E-mail: Lisa.Plank@doj.ca.gov
   *Attorneys for Defendants*
8. *State of California, et al.*

9. DEBORAH KOCHAN (S.B. # 152089)
   MATHEW STEPHENSON (S.B. #154330)
10. KOCHAN & STEPHENSON
     1680 Shattuck Avenue
11.  Berkeley, CA 94709
     Telephone: (510) 649-1130
12.  Fax: (510) 649-1131

13. ELIZABETH M. PECK (S.B. #277794)
    PECK LAW
14.  111 North Market St., Ste. 300
     San Jose, CA 95113
15.  Telephone: (408) 332-5792
     Facsimile: (408) 332-5793
     E-mail: lisa@peck-law.com
16. *Attorneys for Plaintiff*
17. *Teresa Aguirre*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA AGUIRRE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; DEBRA MILLS, CARIANNE HUSS; and DOES 1 through 5,**<br><br>Defendants. | 4:16-cv-05564-HSG<br><br>**STIPULATION AND [Proposed] ORDER TO CONTINUE PRETRIAL FILING DEADLINE TO JULY 25, 2018**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: December 3, 2018<br>Action Filed: September 30, 2016 |

1

Following extensive good faith meet and confer, the parties jointly request a one-week continuance of the July 18, 2018 pretrial filing deadline (for a revised statement of the case, revised proposed jury instructions, and revised proposed voir dire questions per Dkt. No. 161), for the following reasons. As reflected in Plaintiff's trial availability schedule (Doc. 160), both Plaintiff's trial counsel are on vacation July 11 through 18. As reflected in Defendants' trial availability calendar (Doc. 159), defense lead counsel Lowhurst is on vacation for the period June 1- July 11, and DAG Plank is on vacation June 14 and 15, and from July 2 through 6. Therefore, under the current schedule it is not possible for both lead counsel to jointly review and finalize the pre-trial filings before the July 18 due date. Specifically, while the parties can, and will, prepare draft documents in anticipation of a July 18th deadline, Defendant's lead counsel (Lowhurst) will not be able to review the filings until July 12, by which time all of Plaintiff's counsel will be absent. Should the Court allow, the parties stipulate to a one-week extension for the filing of the revised statement of the case, revised proposed jury instructions, and revised proposed voir dire questions, to July 25, 2018.

Dated: June 4, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Lisa J. Plank*

LISA J. PLANK
Deputy Attorney General
*Attorneys for Defendants*
*State of California, et al.*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ATTESTATION

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Deborah Kochan.

Dated: June 4, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Lisa J. Plank*

LISA J. PLANK
Deputy Attorney General
*Attorneys for Defendants*
*State of California, et al.*

## [Proposed] ORDER

Good cause appearing, the Stipulation Regarding Continuance of Pretrial Filing Deadline to July 25, 2018, is hereby approved.

DATED: 6/5/2018

*[signature]*
Haywood S. Gilliam, Jr.
U.S. District Court Judge