1  XAVIER BECERRA
   Attorney General of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  KAREN KIYO LOWHURST
   Deputy Attorney General
4  State Bar No. 173622
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 879-0286
    Fax:  (510) 622-2270
7   E-mail:  KarenKiyo.Lowhurst@doj.ca.gov
   *Attorneys for Defendants State of California, Mills*
8  *and Huss*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA AGUIRRE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; DEBRA MILLS, CARIANNE HUSS; and DOES 1 through 5,**<br><br>Defendants. | 4:16-cv-05564-HSG<br><br>**DEFENDANTS' REQUEST FOR COURT ORDER TO ALLOW EQUIPMENT INTO THE COURTHOUSE; ORDER**<br><br>Courtroom: 2, Fourth Floor<br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Trial Date: December 5, 2018<br>Action Filed: September 30, 2016 |

Pursuant to Paragraph 29, at 8:18-22 of the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr., Defendants hereby request a Court Order to allow the following equipment into the Courthouse for the December 5 to 10, 2018 trial in the above-titled matter:

1. Wolfvision Visualizer VZ-9plus

    Dimensions:

    open – length: 395mm; height 631mm

closed: length: 395mm; height 145mm

2. Toshiba Data Projector (TDP-T95/ TDP-T100)

   Dimensions: 300 x 99 x 218mm

3. Surge Protector

4. Dell Latitude 5480 Laptop

   Dimensions:

   333 x 229 x 22 mm

5. Dell mouse

6. VAG connector

4. Aluminum Heavy Duty Easel Stand

   Dimension: length – 1016 mm

5. Easel Pad

6. Large roll of electrical tape

Dated: November 21, 2018      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General

*/S/ KAREN KIYO LOWHURST*

KAREN KIYO LOWHURST
Deputy Attorney General
*Attorneys for Defendants State of California, Mills and Huss*

Good Cause Appearing, **IT IS SO ORDERED.**

DATED: November 26, 2018      *[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

OK2016900689
90892987

2