DEBORAH KOCHAN (S.B. #152089)
dkochan@kochanstephenson.net
MATHEW STEPHENSON (S.B. #154330)
mstephenson@kochanstephenson.net
**KOCHAN & STEPHENSON**
1680 Shattuck Avenue
Berkeley, California 94709
Telephone: (510) 649-1130
Facsimile:  (510) 649-1131

ELIZABETH M. PECK (S.B. #277794)
lisa@peck-law.com
**PECK-LAW**
111 North Market St., Ste. 300
San Jose, CA 95113
Telephone: (408) 332-5792
Facsimile: (408) 332-5793

Attorneys for Plaintiff
**TERESA AGUIRRE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TERESA AGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; DEBRA MILLS; CARIANNE HUSS; and DOES 1 through 5,<br><br>Defendants. | Case No.  4:16-cv-05564 HSG<br><br>**JOINT REQUEST FOR ORDER ALLOWING EQUIPMENT INTO THE COURTHOUSE**<br><br>Trial: January 4, 2019<br>Time:  8:30 am<br>Ctrm:  2 |

Pursuant to Paragraph 29 of the Court's Civil Pretrial and Trial Standing Order, the parties request an order permitting the following equipment to be

allowed into the Courthouse for purposes of trial set-up and trial for the period January 3, 2019 through January 10, 2019:

PLAINTIFF'S REQUEST

1. 1 surge protector and extension cord;
2. Assorted VGA, Lightening & HDMI cables and adaptors;
3. AV Multi-port ("splitter");
4. Two iPads;
5. One Dell Laptop Computer

DEFENDANTS' REQUEST

1. Two Dell Latitude Laptops (Dimensions: 333 x 229 x 22 mm)
2. One Dell monitor (Dimensions: 368 x 470 x 178 mm)
3. Laptop Adapters, VGA connectors
4. Surge Protector
5. Aluminum Heavy Duty Easel Stand (Dimension: length – 1016 mm)
6. Easel Pad

Respectfully submitted,

Dated: December 28, 2018    KOCHAN & STEPHENSON

/s/ Mathew Stephenson

By_____
   Mathew Stephenson
   Attorneys for Plaintiff

Dated: December 28, 2018

XAVIER BECERRA
Attorney General of California
Miguel A. Neri
Supervising Deputy Attorney General
Karen Kiyo Lowhurst
Deputy Attorney General

By: /s/ Lisa J. Plank

_____

Lisa J. Plank
Deputy Attorney General

*Attorneys for Defendants State of California, Mills and Huss*

Good cause appearing, IT IS SO ORDERED.

Dated: 1/2/2019

_____
Haywood S. Gilliam, Jr.
United States District Judge