1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    TERESA AGUIRRE,

Case No. 16-cv-05564-HSG

8                    Plaintiff,

**FINAL JUDGMENT**

9         v.

10   THE STATE OF CALIFORNIA, et al.,

11                    Defendants.

12

13        In accordance with the jury's verdict in this matter, as rendered on January 11, 2019 and as

14   memorialized in the Verdict Form, *see* Dkt. No. 216, the Court enters final judgment as follows:

15        TERESA AGUIRRE shall recover nothing, and the action against the STATE OF

16   CALIFORNIA, CARIANNE HUSS, and DEBRA MILLS shall be dismissed on the merits.

17        **IT IS SO ORDERED.**

18   Dated:    2/12/2019

19   _____

20   HAYWOOD S. GILLIAM, JR.
     United States District Judge

21
22
23
24
25
26
27
28