DEBORAH KOCHAN (S.B. #152089)
dkochan@kochanstephenson.net
MATHEW STEPHENSON (S.B. #154330)
mstephenson@kochanstephenson.net
**KOCHAN & STEPHENSON**
1680 Shattuck Avenue
Berkeley, California 94709
Telephone: (510) 649-1130
Facsimile: (510) 649-1131

ELIZABETH ("LISA") M. PECK (CA S.B. #277794)
lisa@peck-law.com
PECK LAW
111 North Market St., Ste. 300
San Jose, CA 95113
Telephone: (408) 332-5792
Facsimile: (408) 332-5793

Attorneys for Plaintiff
**TERESA AGUIRRE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TERESA AGUIRRE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; DEBRA MILLS; CARIANNE HUSS; and DOES 1 through 5,<br><br>    Defendants. | Case No. 4:16-cv-05564 HSG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO COMBINE POST TRIAL BRIEFING UNDER RULES 50 AND 59 INTO A SINGLE OVERLENGTH BRIEF; DECLARATION IN SUPPORT THEREOF; STIPULATION AND PROPOSED ORDER**-ORDER<br><br>Date Judgment Entered: 2-12-19 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED that pursuant to Civil L.R. 7-11 and 7-12, Plaintiff Teresa Aguirre ("Plaintiff") will and hereby does request that this Court grant her permission to combine her post trial briefing under Fed. R. Civ. P. Rules 50 and 59 into a single overlength brief. In accord with Civil L.R. 7-12, the parties have stipulated to the combining of post-trial briefing in a single overlength brief, and a copy of said Stipulation is attached hereto.

This Motion is made on the grounds that in connection with Plaintiff's post-trial Motion for Judgment as a Matter of Law, Motion for New Trial, and Motion to Alter or Amend the Judgment, there are a common set of facts set out by the evidence presented at trial that Plaintiff must present for the Court's scrutiny of the entire evidentiary record. Accordingly, presentation of those facts in a single document avoids the needless repetition that would otherwise be required if the parties were to brief the three motions separately – each of which allows for a 25 page limitation under L.R. 7-2. Hence, the parties stipulated that they each be permitted to file their respective briefs in a single document that is overlength. Plaintiff hereby seeks the Court's approval thereof, and leave to submit an overlength and combined briefing.

Dated: March 11, 2019          Respectfully submitted,

                                                     PECK-LAW, *Employment & Civil Rights*

                                                         /s/ Elizabeth M. Peck
                                          By: _____
                                                         Elizabeth M. Peck
                                                         Co-Counsel for Plaintiff Teresa Aguirre

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO COMBINE POST-TRIAL BRIEFING INTO A SINGLE OVER-LENGTH BRIEF

## I. INTRODUCTION

Pursuant to Civil L.R. 7-4(b), 7-11(a), and 7-12, Plaintiff hereby submits this Motion for Administrative Relief to file an over-length brief, together with the parties' Stipulation. Plaintiff makes this request because Plaintiff's three post-trial motions involve a common set of facts, and presentation of those facts in a single document avoids the needless repetition that would otherwise be required if the parties were to brief the three motions separately – each of which allows for a 25 page limitation under Civil L.R. 7-2.

## II. FACTUAL BACKGROUND

Pursuant to Local Rule 7-11(a) Plaintiff requested that Defendants stipulate to permitting Plaintiff to file her motions in a single document not to exceed 40 pages and Defendants would likewise be permitted (but not obliged) to file their oppositions in a single document not to exceed 40 pages. Defendants have so stipulated and said Stipulation is attached hereto as Exhibit A.

## III. ARGUMENT

Civil L.R. 7-4(b) and 7-11 provides that the Court may issue an order concerning miscellaneous administrative matters, such as this request to exceed page limitations. Plaintiff's request is designed to streamline the briefing process for both parties, and avoid the needless repetition that would otherwise be required if Plaintiff were to brief the three motions separately.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant her Motion for Administrative Relief allowing the parties to brief Plaintiff's post-

trial motions in a single brief not to exceed 40 pages, as reflected by the parties' Stipulation and Proposed Order appended thereto.

Dated: March 11, 2019

Respectfully submitted,

PECK-LAW, *Employment & Civil Rights*

By: /s/ Elizabeth M. Peck
Elizabeth M. Peck
Co-Counsel for Plaintiff Teresa Aguirre

# DECLARATION OF ELIZABETH PECK IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO COMBINE POST-TRIAL BRIEFING INTO A SINGLE OVER-LENGTH BRIEF

I, Elizabeth Peck, do hereby declare:

1. I am an attorney duly admitted to practice before all Courts of the State of California and an attorney of record for Plaintiff Teresa Aguirre. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would testify competently thereto.

2. On March 11, 2019 at 9:40 am I emailed defense counsel explaining that Plaintiff wanted to combine her post-trial motions in one brief, as is often typical in these matters. I further explained that rather than filing separate briefs of 25 pages each where there will be repetitive cross-over, Plaintiff proposed to streamline and combine the briefing for ease of reading and review and to simplify Defendants' opposition such that they could file a single over-length opposition as well, if they chose to do so. The proposed stipulation that I attached to my email allowed for Plaintiff to file her motions in a single document not to exceed 40 pages, and Defendants would also be permitted (but not obliged) to file their oppositions in a single document not to exceed 40 pages.

3. Defendants responded by email at 11:10am indicating that the Stipulation was approved for lodging. Said Stipulation is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 11, 2019.

By: /s/ Elizabeth M. Peck
Elizabeth M. Peck
Co-Counsel for Plaintiff Teresa Aguirre

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED** that Plaintiff is granted leave to file her post-trial motions in a single document not to exceed 40 pages and Defendants shall likewise be permitted (but not obliged) to file their oppositions in a single document not to exceed 40 pages.

Dated: March 12, 2019

_Haywood S. Gilliam, Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge