DEBORAH KOCHAN (S.B. #152089)
dkochan@kochanstephenson.net
MATHEW STEPHENSON (S.B. #154330)
mstephenson@kochanstephenson.net
**KOCHAN & STEPHENSON**
1680 Shattuck Avenue
Berkeley, California 94709
Telephone: (510) 649-1130
Facsimile: (510) 649-1131

ELIZABETH M. PECK (S.B. #277794)
lisa@peck-law.com
**PECK-LAW,** *Employment & Civil Rights*
111 North Market St., Ste. 300
San Jose, CA 95113
Telephone: (408) 332-5792
Facsimile: (408) 332-5793

Attorneys for Plaintiff
**TERESA AGUIRRE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TERESA AGUIRRE, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA; DEBRA MILLS; CARIANNE HUSS; and DOES 1 through 5, <br><br> Defendants. | Case No. 4:16-cv-05564 HSG <br><br> **ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR TO AMEND THE JUDGMENT, FROM JUNE 27, 2019 TO JULY 18, 2019** <br><br> Trial: January 4, 2019 <br> Judgment: February 12, 2019 <br> Hearing: June 27, 2019 <br> *(Proposed Hearing Date): July 18, 2019* <br> Time: 2:00 p.m. |

Pursuant to the parties' stipulation, the hearing on Plaintiff's Motion for Judgment as Matter of Law Or, in the Alternative, Motion for New Trial and/or to Amend the Judgment, is continued from June 27, 2019 to July 18, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 5/9/2019

_____
Haywood S. Gilliam, Jr.
United States District Judge